# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Criminal Case No.: 3:18-cr-229-HTW-FKB-1

KARIM SALEEM

## ORDER ON MOTION FOR JUDICIAL INQUIRY INTO CONFLICTS OF INTEREST

Before this court is the Motion for Judicial Inquiry into Conflicts of Interest [doc. no. 30] concerning the above styled and numbered cause and the case of *United States of America v. Chey Johnson,* Criminal No. 3:18-cr-217 DPJ-FKB. The United States, by and through the Assistant United States Attorney, claimed that a conflict of interest could exist or develop in the representation of both these defendants by the same attorney.

This court conducted a hearing on April 17, 2019, and made inquiry into this issue, reserving its judgment in the matter. In the interim, counsel for the above referenced defendants, Sanford Knott, indicated his intention to withdraw from representation of Defendant Saleem herein, and filed his motion to withdraw on April 24, 2019. Attorney Knott's motion to withdraw as the Attorney for Defendant Karim Saleem **[doc. no. 35]** is hereby **granted.** Defendant Karim Saleem is currently represented by Attorney Damon Stephenson, who entered his appearance in this case on May 20, 2019. The Government's motion for inquiry into conflicts of interest **[doc. no. 30]** is thereby made moot and is **denied** as such.

SO ORDERED AND ADJUDGED, this the 19th day of June, 2019.

s/ HENRY T. WINGATE  
UNITED STATES DISTRICT JUDGE